UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Stephen Thomas Yelverton )<br>)<br>    Appellant, )<br>)<br>v. )<br>)<br>Deborah Marm and )<br>Walter J. Marm, Jr., )<br>)<br>    Appellees. )<br>) | Docket No.: 11-7063 |

**JOINT MOTION TO SUSPEND BRIEFING**
**SCHEDULE PENDING SETTLEMENT**

COME NOW, Appellant Stephen Thomas Yelverton and Appellees Deborah Marm and Walter J. Marm, Jr., pursuant to D.C. Circuit Rule 27(h) and Rule 28(e), and hereby request that the Court suspend the briefing schedule set forth in the Order entered by this Court on January 11, 2012 pending review and approval of a Settlement Agreement reached between Wendell W. Webster, Chapter 7 Trustee for Appellant (the "Trustee") and the Appellees. In support, the parties submit the following:

1.    On January 11, 2012, this Court entered an order setting a briefing schedule and requiring Appellant to file his brief with this Court on February 23, 2012.

2. The Appellees have reached an agreement (the "Settlement Agreement") with Trustee, which is subject to final documentation and approval by the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court"). The Settlement Agreement provides for the settlement of, among other matters, the claims asserted by Appellant in this appeal.

3. The parties would like to avoid the time and expense of preparing and filing briefs pending the Bankruptcy Court's review of the Settlement Agreement. Moreover, it would be an unnecessary use of judicial resources for this Court to consider the briefs pending the Bankruptcy Court's review and consideration of the Settlement Agreement.

4. Accordingly, Appellant and Appellees respectfully request that this Court suspend the briefing schedule pending review and approval of the Settlement Agreement by the Bankruptcy Court.

5. The Trustee has been consulted and consents to the relief requested in this Motion.

WHEREFORE, in view of the foregoing, this Motion for Deferral of the briefing schedule is submitted.

Dated: February 13, 2012

    */s/ Stephen Thomas Yelverton*
Stephen Thomas Yelverton, *Pro Se*
   (DC Bar No. 264044)
601 Pennsylvania Avenue, N.W.
Suite 900 South
Washington, DC  20004
Tel:  (202) 702-6708
Fax:   (202) 403-3801
styelverton@yelvertonlaw.com


    */s/ Jeffrey L. Tarkenton*
Jeffrey L. Tarkenton (D.C. Bar No. 376493)
Todd D. Ross (D.C. Bar No. 975943)
WOMBLE CARLYLE SANDRIDGE &
   RICE, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Tel:  (202) 857-4450
Fax:  (202) 261-0050
jtarkenton@wcsr.com
toross@wcsr.com

*Counsel for Deborah Marm and Walter J.
   Marm, Jr.*